308 Ga. 490
FINAL COPY

S20Y0815.  IN THE MATTER OF ANDREW DAVID TAYLOR.

PER CURIAM.

This reciprocal discipline matter is before the Court on the State Disciplinary Review Board's February 3, 2020 report and recommendation that this Court disbar Andrew David Taylor (State Bar No. 940522) from the practice of law in Georgia. See Georgia Rules of Professional Conduct, Rule 9.4 (b). The reciprocal proceeding arises from Taylor's disbarment from the practice of law in Nevada. The State Bar of Georgia properly served Taylor with a notice of reciprocal discipline, see Bar Rule 4-203.1, but he failed to acknowledge service and did not file any response or objection to the imposition of reciprocal discipline.

Taylor was admitted to practice law in Nevada in 2004 and has been a member of the State Bar of Georgia since 2009. On July 5, 2019, he was disbarred from the practice of law in Nevada by the Supreme Court of Nevada. The Nevada Court determined that

Taylor misappropriated more than one million dollars of clients' funds, commingled personal funds with clients' funds, and opened numerous law firms with different trust and operating accounts to mislead the Nevada Bar and his clients, in violation of multiple disciplinary rules. In addition, the Nevada Court determined that Taylor entered into litigation-advancement loan agreements on behalf of his clients without their knowledge or consent, used the funds for his personal and business expenses, and failed to repay many of the loans. The Nevada Court also determined that in responding to the disciplinary matters, Taylor failed to comply with reasonable requests for information from the Nevada Bar and made false statements of material fact to the Nevada Bar.

Based on a review of the disciplinary procedures and rules in Nevada and the corresponding disciplinary procedures and rules in Georgia, the Review Board concluded that disbarment is an appropriate level of discipline in Georgia for similar misconduct and found no basis for recommending anything other than substantially similar discipline. See Georgia Rules of Professional Conduct, Rule

9.4 (b) (3) (i)-(vi). Thus, it recommends that Taylor be disbarred from the practice of law in Georgia.

Having reviewed the record, we agree with the Review Board that disbarment is the appropriate sanction in this reciprocal discipline matter. Accordingly, it is hereby ordered that the name of Andrew David Taylor be removed from the rolls of persons authorized to practice law in the State of Georgia. Taylor is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Disbarred. Melton, C. J., Nahmias, P. J., and Blackwell, Boggs, Peterson, Warren, Bethel, and Ellington, JJ., concur.*

DECIDED APRIL 6, 2020.

Disbarment.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Andreea N. Morrison, Assistant General Counsel State Bar*, for State Bar of Georgia.